FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 13, 2019

Trafton Rodgers
3204 A 111th Street
Lubbock, TX 79423
* DELIVERED VIA E-MAIL & POSTAL *

Julie Goen Panger
THE KIECHLER LAW FIRM PLLC
619 Broadway
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-16-00222-CR, 07-16-00223-CR
Trial Court Case Number: 2016-409,230

**Style:** Trafton Rodgers v. The State of Texas

Dear Parties:

The Court has this day entered the attached Order in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Jim Bob Darnell (DELIVERED VIA E-MAIL)
Barbara Sucsy (DELIVERED VIA E-MAIL)